IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MARKOS AKIO, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASSET RECOVERY et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO CONSOLIDATE<br><br><br><br>Case No. 2:09-CV-256 TS |

Plaintiffs move to consolidate this case with two other cases, 2:07-CV-868 DS and 2:08-CV-579 DW. For the reasons stated in Judge Sam's January 13, 2010, Order denying consolidation of these cases, it is therefore

ORDERED that the Motion to Consolidate (Docket No. 3) is DENIED.

DATED February 22nd, 2010.

                                      BY THE COURT:

                                      _____
                                      TED STEWART
                                      United States District Judge